Darold W. Killmer
Wyoming Bar N. 8-6643
Reid Allison*
Madison Lips*
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO  80202
PHONE (303) 571-1000; FAX (303) 571-1001
Email: dkillmer@killmerlane.com; rallison@killmerlane.com; mlips@killmerlane.com

*Admitted *pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ADRIANAH RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:23-cv-00235-ABJ |
| ) | |
| CITY OF CASPER, WY; ) | |
| OFFICER MICHAEL QUIRIN; ) | |
| OFFICER RYAN LOWRY ) | |
| in their individual capacities, ) | |
| ) | |
| Defendants. ) | |

___

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**
**PURUSANT TO FED. R. CIV. P. 68**
___

Plaintiff, Adrianah Rodriguez, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 68, notifies the Court and all Defendants of her acceptance of the Offer of Judgment extended by Defendant Michael Quirin on May 9, 2024. The Offer of Judgment is attached as **Exhibit A**. This acceptance is made within the 14-day period set forth in Fed. R. Civ. P. 68. Plaintiff will be filing a timely petition for attorney fees and costs incurred to the date of the Offer of Judgment in accordance with Fed. R. Civ. P. 68 and the terms of the Offer.

DATED this 23rd day of May 2024.

KILLMER LANE, LLP

*s/ Darold W. Killmer*

_____
Darold W. Killmer
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dkillmer@killmerlane.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was served on May 23, 2024 via the Court's CM/ECF to the following:

Timothy W. Miller
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
tim.miller@wyo.gov

Kay Lynn Bestol
Sundahl, Powers, Kapp & Martin, LLC
2020 Carey Avenue, Suite 301
Cheyenne, WY 82001
kbestol@spkm.org

Amy Iberlin
WILLIAMS, PORTER, DAY & NEVILLE
159 N. Wolcott St., Suite 400
Casper, WY 82601
(307) 265-0700
(307) 995-8045
aiberlin@wpdn.net

*/s/ Jesse Askeland*
Jesse Askeland - Paralegal