Darold W. Killmer
Wyoming Bar N. 8-6643
Reid Allison*
Madison Lips*
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO  80202
PHONE (303) 571-1000; FAX (303) 571-1001
Email: dkillmer@killmerlane.com; rallison@killmerlane.com; mlips@killmerlane.com

*Admitted *pro hac vice*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ADRIANAH RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:23-cv-00235-ABJ |
| ) | |
| CITY OF CASPER, WY; ) | |
| OFFICER MICHAEL QUIRIN; ) | |
| OFFICER RYAN LOWRY ) | |
| in their individual capacities, ) | |
| ) | |
| Defendants. ) | |

_____

**STIPULATION TO ENTRY OF JUDGMENT AGAINST**
**DEFENDANT QUIRIN PURSUANT TO FED. R. CIV. P. 68**
_____

Plaintiff, Adrianah Rodriguez, and Defendant Michael Quirin, hereby stipulate and state as follows:

1. On May 23, 2024, Plaintiff notified the Court and all Defendants of her acceptance of the $100,000 Offer of Judgment extended by Defendant Michael Quirin on May 9, 2024. *See* [Doc. 32], and Offer of Judgment, **Exhibit 1**.

2. This acceptance was made within the 14-day period set forth in Fed. R. Civ. P. 68.

3. In accordance with its terms, the Offer of Judgment is not to be construed as an admission of liability or the existence of damages by Quirin and Quirin denies liability and damages in this matter.

4. The parties subsequently agreed to a total award of $30,000 for all attorneys' fees and costs incurred by plaintiff against Defendant Quirin in this matter pursuant to 42 U.S.C. § 1988.

5. The Court shall enter judgment in favor of plaintiff, and against defendant Quirin, pursuant to Fed. R. Civ. P. 68, in the total amount of $130,000, inclusive of all attorneys' fees and costs incurred by plaintiff against Defendant Quirin in this matter, in the form submitted herewith.

DATED this 23rd day of August 2024.

KILLMER LANE, LLP

*s/ Darold W. Killmer*

---
Darold W. Killmer, Bar No. 8-6643
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dkillmer@killmerlane.com

*Attorney for Plaintiff*

*s/ Timothy W. Miller*

---
Timothy W. Miller, Bar No. 5-2704
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
tim.miller@wyo.gov

*Attorney for Defendant Quirin*

## **CERTIFICATE OF SERVICE**

I hereby certify that the forgoing was served on August 23, 2024 via the Court's CM/ECF to the following:

Amy Iberlin
WILLIAMS, PORTER, DAY & NEVILLE
159 N. Wolcott St., Suite 400
Casper, WY  82601
(307) 265-0700
(307) 995-8045
aiberlin@wpdn.net

*Attorney for City of Casper*

Timothy W. Miller,
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
tim.miller@wyo.gov

*Attorney for Defendant Quirin*

Kay Lynn Bestol
Sundahl, Powers, Kapp & Martin, LLC
500 W. 18th Street, Suite 200
Cheyenne, WY 82001
kbestol@spkm.org

*Attorney for Defendant Lowry*

　　　　　　　　　　　　　　　　　　　*/s/ Jesse Askeland*
　　　　　　　　　　　　　　　　　　　Jesse Askeland - Paralegal