FILED



9:47 am, 8/26/24

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ADRIANAH RODRIGUEZ, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 2:23-cv-00235-ABJ<br>) |
| CITY OF CASPER, WY;<br>OFFICER MICHAEL QUIRIN;<br>OFFICER RYAN LOWRY<br>in their individual capacities, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT AGAINST DEFENDANT QUIRIN PURSUANT TO FED. R. CIV. P. 68

Based upon the parties' Stipulation to Entry of Judgment Against Defendant Quirin Pursuant to Fed. R. Civ. P. 68, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Adrianah Rodriguez, and against Defendant Michael Quirin, in the total amount of $130,000, inclusive of all attorneys' fees and costs incurred by plaintiff against Defendant Quirin in this matter.

DATED this 26th day of August 2024.

BY THE COURT:

Kelly Rankin
United States District Judge